THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:26-mj-1051-RJ

UNITED STATES OF AMERICA, )
)
v. )
)
TOBIAS KELLY, )
Defendant. ) ORDER

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has requested the above captioned criminal matter be Dismissed.

ORDERED that the criminal matter of TOBIAS KELLY, 4:26-mj-1051-RJ, shall be DISMISSED, for the reasons stated in the Government's Motion to Dismiss.

The Clerk hereby is directed to enter an Order dismissing the criminal matter of TOBIAS KELLY, 4:26-mj-1051-RJ.

This 5th day of August 2026.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE